# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7118**                                    **September Term, 2025**

**1:16-cv-01102-CRC**

**Filed On: March 4, 2026** [2162102]

Alan Burks, Individually, as the Personal
Representative of the Estate of Peter
Burks, and as the parent and guardian of
the minor child, G.B., et al.,

        Appellees

Randolph Delbert Nantz,

        Appellant

    v.

Islamic Republic of Iran and Iranian
Revolutionary Guard Corps, Armed Forces
Headquarters Iran Tehran,

        Appellees

## O R D E R

Upon consideration of the motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by August 10, 2026.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
            Catherine J. Lavender
            Deputy Clerk