# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT


---

**No. 25-7118** **September Term, 2026**

**1:16-cv-01102-CRC**

**Filed On: September 1, 2026** **[2190990]**

Alan Burks, Individually, as the Personal Representative of the Estate of Peter Burks, and as the parent and guardian of the minor child, G.B., et al.,

Appellees

Randolph Delbert Nantz,

Appellant

v.

Islamic Republic of Iran and Iranian Revolutionary Guard Corps, Armed Forces Headquarters Iran Tehran,

Appellees

## O R D E R

Upon consideration of appellant's motion to govern future proceedings, it is

**ORDERED** that this case remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings in this case by November 30, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk